UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCELA RAMIREZ-FELIPE,

    Defendant.
_____/

Hon. Robert Holmes Bell

Case No. 1:16-cr-00128-RHB-1

## **ORDER**

Defendant appeared before me on July 20, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived her right to the hearing. I find that her waiver was knowingly and voluntarily entered.  I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 20th day of July, 2016.

     /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge